JAMES R. EVANS, JR. (BAR NO. 119712)
DAVID LIU (BAR NO. 216311)
DINH HA (BAR NO. 217559)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendants
AMERCO, AMERCO REAL ESTATE COMPANY, U-HAUL CO. OF CALIFORNIA, AND U-HAUL INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANS WITH DISABILITIES ADVOCATES, a Nevada Nonprofit Corporation, and GEORGE S. LOUIE, <br><br> Plaintiffs, <br><br> v. <br><br> AMERCO, AMERCO REAL ESTATE COMPANY, U-HAUL COMPANY OF CALIFORNIA, AND U-HAUL INTERNATIONAL, INC., <br><br> Defendants. | Master Case No. C 03-1428 CW <br><br> **STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE AND EXPERT DISCOVERY COMPLETION DATES** |

Plaintiffs Americans With Disabilities Advocates, a Nevada Nonprofit Corporation, and George S. Louie (collectively "Plaintiffs"), by and through their counsel of record, J. Grant Kennedy, and defendants Amerco, Amerco Real Estate Company, U-Haul Co. of California and U-Haul International, Inc. (collectively "Defendants"), by and through their counsel of record, James R. Evans, Jr., stipulate and agree as follows:

A.  On April 7, 2004, Plaintiffs filed their First Amended Complaint ("FAC") alleging ADA and State law violations based on permanent and impermanent barriers to access at 16 different U-Haul facilities in Northern California;

B.  On August 19, 2005, the Court held a Case Management Conference in which the Court ordered that expert identities and reports be disclosed by October 14, 2005, and that expert discovery be completed by November 18, 2005. At the Case Management Conference, Defendants informed the Court that Defendants intended to file a motion for partial summary judgment on the ground that allegations in the FAC, relating to permanent "architectural barriers", violated the Court's March 18, 2004, order granting Defendants' motion to dismiss and motion to enforce the settlement agreement in <u>Richard v. Bayshore Moving Center, et al.</u>, No. C-96-03881 CW (N.D. Cal.);

C.  On August 25, 2005, Defendants filed their motion for partial summary judgment which was scheduled to be heard on September 30, 2005;

D.  On September 30, 2005, the Court issued its order granting in part and denying in part Defendants' motion for partial summary judgment. The Court ruled that Plaintiffs could not bring a claim for "architectural barriers to access" for their ADA claim but could assert the allegation for their State law claims;

E.  Until the resolution of Defendants' motion for partial summary judgment, the parties were uncertain whether Plaintiffs' claims under the ADA for permanent "architectural barriers to access" would be permitted to proceed in this action. This, in turn, affected the potential scope of expert testimony and the expert disclosures;

F.  The Court's ruling on the motion for partial summary judgment, dated September 30, 2005, impacted the expert witness disclosures because of the limited scope of the issues remaining to be tried. As such, the parties desire to extend the

1. time for expert witness disclosures in order to permit the reports to address the issues remaining to be tried;

    G.  Trial in this matter will not begin until December 11, 2006, and if an extension is granted, briefly delaying completion of the expert disclosure and discovery completion dates will not seriously impact the schedule of the case or prejudice the parties in preparing for trial; and

    H.  The Court has not previously granted any extensions for the requested extensions.

    NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

    1.  The completion date for expert identity disclosure and disclosure of expert reports is continued for 60 days from October 14, 2005, to December 13, 2005; and

    2.  The expert discovery completion date is continued from November 18, 2005, to January 17, 2006.

Dated: October 13, 2005

By _____
JAMES R. EVANS, JR.
Attorneys for Defendants AMERCO, AMERCO REAL ESTATE COMPANY, U-HAUL COMPANY OF CALIFORNIA and U-HAUL INTERNATIONAL, INC.

Dated: October ___, 2005

By _____
J. GRANT KENNEDY
Attorneys for Plaintiffs AMERICANS WITH DISABILITIES ADVOCATES and GEORGE S. LOUIE

1  time for expert witness disclosures in order to permit the reports to address the
2  issues remaining to be tried;
3      G.    Trial in this matter will not begin until December 11, 2006, and if an
4  extension is granted, briefly delaying completion of the expert disclosure and
5  discovery completion dates will not seriously impact the schedule of the case or
6  prejudice the parties in preparing for trial; and
7      H.    The Court has not previously granted any extensions for the requested
8  extensions.
9      NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:
10     1.    The completion date for expert identity disclosure and disclosure of
11 expert reports is continued for 60 days from October 14, 2005, to December 13,
12 2005; and
13     2.    The expert discovery completion date is continued from November 18,
14 2005, to January 17, 2006.
15 Dated: October ___, 2005

By _____
JAMES R. EVANS, JR.
Attorneys for Defendants AMERCO,
AMERCO REAL ESTATE
COMPANY, U-HAUL COMPANY OF
CALIFORNIA and U-HAUL
INTERNATIONAL, INC.

Dated: October 13, 2005

By _____
J. GRANT KENNEDY
Attorneys for Plaintiffs AMERICANS
WITH DISABILITIES ADVOCATES
and GEORGE S. LOUIE

DOCUMENT PREPARED
ON RECYCLED PAPER

- 3 -

C 03-1428 CW

STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE AND EXPERT DISCOVERY COMPLETION DATES

## ORDER

The completion date for expert identity disclosure and disclosure of expert reports is continued for 60 days from October 14, 2005, to December 13, 2005, ~~or to_____~~; and the expert discovery completion date is continued from November 18, 2005, to January 17, 2006, ~~or to_____~~.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 18, 2005

                              THE HON. CLAUDIA WILKEN
                              United States District Court Judge

